IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00113-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALAN HOUSTON JOHNSON,

    Defendant.

---

**ORDER CONCERNING DISCLOSURE OF GRAND JURY TRANSCRIPTS**

---

This matter is before the court on the defendant's Motion to Disclose Grand Jury Transcripts [Docket No. 19]. Upon consideration of the motion, it is ORDERED as follows:

    1. Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), the government may disclose to counsel for the defendant the transcripts of the testimony of witnesses who testified before the grand jury.

    2. To protect grand jury secrecy, defense counsel shall make only such copies of the transcripts as are necessary to prepare a defense of this case. Within ten days of the conclusion of the case in this court, by entry of the court's judgment, defense counsel shall collect any copies of the grand jury transcripts and return them to the government.

    3. Copies of the grand jury transcripts may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

DATED March 17, 2010.

                BY THE COURT:

                s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge