IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00113-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALAN HOUSTON JOHNSON,

    Defendant.
_____

**AMENDED ORDER SETTING TRIAL DATES AND DEADLINES**
_____

    It is ORDERED that the four-day jury trial scheduled to commence on **May 3, 2010 at 8:00 a.m.** is VACATED and RESCHEDULED for **June 28, 2010 at 8:00 a.m.** It is further

    ORDERED that the deadlines for filing of pretrial motions and responses are VACATED. All pretrial motions shall be filed by **May 24, 2010** and responses to these motions shall be filed by **June 2, 2010**. It is further

    ORDERED that expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made no later than seven days before the deadline for filing pretrial motions and any challenges to such experts shall be made by the pretrial motion filing deadline. It is further

    ORDERED that disclosures regarding rebuttal expert witnesses shall be made one week after the deadline for filing pretrial motions and any challenges to such

experts shall be made no later than two weeks after the pretrial motions deadline. It is further

ORDERED that the Trial Preparation Conference previously scheduled for **April 30, 2010 at 1:30 p.m.** is VACATED and RESCHEDULED for **June 25, 2010 at 4:00 p.m.** Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED March 19, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge