IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00113-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALAN HOUSTON JOHNSON,

    Defendant.

## PROTECTIVE ORDER

The government's motion for protective order [Docket No. 20] having come before the Court and the Court, being fully advised, enters the following order:

Upon disclosure of the identity of the victims alleged in the Indictment and their telephone numbers to counsel, counsel shall not disclose this identifying information to anyone other than the investigator or other counsel representing the defendant in this matter. The identifying information shall not be disclosed to the defendant.

DATED March 18, 2010.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge