IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00113-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALAN HOUSTON JOHNSON,

    Defendant.
_____

**SECOND AMENDED ORDER SETTING TRIAL DATES AND DEADLINES**
_____

    It is ORDERED that the four-day jury trial scheduled to commence on **June 28, 2010 at 8:00 a.m.** is VACATED and RESCHEDULED for **five days beginning October 25, 2010 at 8:00 a.m.** It is further

    ORDERED that the trial preparation conference set for **June 25, 2010 at 4:00 p.m.** is VACATED and RESCHEDULED for **October 22, 2010 at 1:30 p.m.** Lead counsel who will try the case shall attend in person. It is further

    ORDERED that the deadlines for filing of pretrial motions and responses are VACATED. All pretrial motions shall be filed by **August 30, 2010** and responses to these motions shall be filed by **September 9, 2010.** It is further

    ORDERED that expert witness disclosures pursuant to Fed. R. Crim. P. 16 and any notice under Fed. R. Crim. P. 12.2 shall be filed by **August 23, 2010** and any challenges to such experts shall be made by **September 9, 2010**. It is further

ORDERED that disclosures regarding rebuttal expert witnesses shall be made by **September 9, 2010** and any challenges to such experts shall be made by **September 17, 2010**. It is further

ORDERED that a hearing on motions is set for **September 24, 2010 at 2:30 p.m.**

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED May 18, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge