IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00113-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALAN HOUSTON JOHNSON,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the hearings on motions scheduled for **September 23, 2010 at 8:30 a.m.** and **September 24, 2010 at 2:30 p.m.** are VACATED and rescheduled for **October 12 and October 13, 2010, beginning at 8:30 a.m.** It is further

    ORDERED that subpoenas served on witnesses to appear and testify at the hearings scheduled for September 23 and 24, 2010 are continued to the hearing scheduled to begin on October 12, 2010 at 8:30 a.m.

    DATED September 17, 2010.